DIAMOND SODA WATER MANUFACTURING COMPANY, Respondent, *v.* J. N. HEGEMAN AND COMPANY, Appellant.

*Diamond Soda Water Mfg. Co.* v. *Hegeman & Co.*, 87 App. Div. 631, affirmed.

(Submitted May 1, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Gilbert Ray Hawes* and *John E. Judge* for appellant.

*Emanuel Jacobus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

HENRY C. BIRCH, Respondent, *v.* MUTUAL RESERVE LIFE INSURANCE COMPANY, Appellant.

*Birch* v. *Mutual Reserve Life Ins. Co.*, 91 App. Div. 384, affirmed.
(Argued May 1, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Frank R. Lawrence, George Burnham, Jr.,* and *Gordon T. Hughes* for appellant.

*Gilbert E. Roe* for respondent.

Judgment affirmed, with costs, on authority of *Woodward* v. *Same Defendant* (178 N. Y. 485).

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: O'BRIEN, J.